[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

m Judge

**RECEIVED**

JAN 28 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ernest Brown
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**Case 1:20-cv-00651**
**Judge John Z. Lee**
**Magistrate Judge Susan E. Cox**
**PC 9**

Cook county Jail medical dept
Director of cermak, Dr mennella
(mental health) psych director of cermak Gomez
Mental health specialist (MHS) mrs Johnson
MHS mrs williams
Cermak supervisor, Carol Boyd
executive staff of cermak, Susan Shebel

Case No:_____
(To be supplied by the Clerk of this Court)

executive staff of cermak, Dianne smith
executive staff of cermak, CQ Gomez
executive staff of cermak, PO D Jorny
executive staff of cermak, Haynes
superintendent of cermak, Erica Queen
Sheriff Thomas J Dart
executive staff of cermak, Alexander
Lt Sturdivant

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

    X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

    _____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

    _____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II. Defendants Add

D  MHS mrs williams
   CCJ

E  Cermak supervisor, Carol Boyd
   CCJ

F  executive staff of cermak, Susan Shebel
   CCJ

G  Executive staff of cermak, CQ Gomez

H  Executive staff of cermak, Dianne Smith

I  Executive staff of cermak, Pod Jorny

J  Executive staff of cermak, Haynes

K  Superintendent of cermak, Erica Queen

L  Thomas J Dart          m) Executive staff of cermak
   Sheriff of Cook County     Alexander
                              CCJ

   Everybody work at CCJ

n  Lt Sturdivant

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Ernest Brown

   B. List all aliases: N/A

   C. Prisoner identification number: M15079

   D. Place of present confinement: Pinckneyville CC

   E. Address: 5835 State Route 154 Pinckneyville, IL 62274

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Dr Mennella

   Title: Director of Cermak

   Place of Employment: CCJ

   B. Defendant: Carlos Gomez

   Title: Mental health director

   Place of Employment: CCJ

   C. Defendant: Mrs Johnson

   Title: MHS

   Place of Employment: CCJ

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Brown v. Dart_

B. Approximate date of filing lawsuit: _2014_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _Thomas Dart_
_Cara Smith_
_Bilqis Jacb-El_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern district of IL, E division_

F. Name of judge to whom case was assigned: _John Z. Lee_

G. Basic claim made: _Condition of confinement_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _It over_

I. Approximate date of disposition: _July 2018_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III Part 2

A. Ernest Brown V. Dennison et al
B. 3:20-CV-00002 SMY
C. NA
D. Dennison, Grissom, Smoot, Justice etc
E. Southern district
F. IDK yet
G. Failure to Protect
H. Pending
I. N/A

A. Brown V. Dart / Cianciarulo
B. 2020
C. N/A
D. Mennella, Gomez, Johnson, Williams, Boyd, Shebel etc
E. Northern district, E division
F. John Z. Lee
G. Condition of confinement
H. Pending
I. N/A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the date of Dec 27th, 2016 to Oct 23, 2018 I was incarcerated at Cook County Jail (CCJ) Were security and safety is control by Thomas Dart and medical/mental department is run by Cermak health services and is operated by the directors, supervisor and executive staff of Cermak. I was repeatedly neglected for medical attention I needed for my injuries and regimented medicine. The unattentiveness of staff and medical services further my injuries by not acting promptly to my medical emergency need. My injuries included but not limited to bed sores, gotten sick, Delayed medical attention for my eyes, teeth, ears, chest, back, shoulder and nerve and tendent damage in my right hand which resulted in intensive pain and suffering, a severe head, back and shoulder injury by the way of falling from top bunk bed in cell after repeatedly informing staff of my doctor issue bottom bunk bed requirement permit instruction for all staff to abide by. I told numerous nurses about my permit. I was ignored or was told that they wasn't security, They was supposed to tell OFC's that I had a permit and to make sure I get bottom bed. I had Cermak staff violate my HIPPA, they wouldn't be able to get away half the things they do at a hospital. The lack of professionalism is high at CCJ. On 2·12·18, MHS, Mrs Williams was suppose to talk to me about depression and suicidal thoughts. She started to complain about how many times I seen mental health. I didn't understand why she cared more about the times I seen mental health, than my depression and suicidal thoughts. In the Present of a ofc, She was discussing my psych meds, psych plan and she told me only stupid people want to kill themself, than she encourage me to do it. Co Taylor and a nurse was trying to make excuses for her actions, saying that she might had a bad day. Afterward, I felt more depress and I want to kill myself by overdosing. My celly, Owens, talk to me non stop and counselor Hughes talk to me the next day. I'm glad I had my celly and Mrs Hughes on my side. On grievance #2018X0243 the response said she will be reminded to remain professional at all times. She know how to conduct herself at work but since she work at a jail, she believe she can do what she want to do without any consequences. I wanted to kill myself because I was going alot and I needed a professional to talk to. I have PTSD, Anxiety and B. Polar depression. I tried killing myself in the past. My mental stability should have been a concern to her.

2. On 4·27·18, MHS, Mrs Johnson came to talk to me about nightmares and me hearing voices. She came in discussing my mental health in front of officers. I ask her to stop discussing my psych issues in front of officers. She ignored me and told me she can do what she want. She also stated that, she on her lunch break and she didn't have to talk to me. She said that I seen mental health 3 times in 2 weeks. She was talking about my psych meds, psych plan and that I wasn't hearing voices in front of 3 officers. She claim she would have known if I was hearing voices. How? Didn't know she was a psychic. That day I tried overdosing off pain meds/psych meds because

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I was tire of life. I need a professional to talk too. MHS Johnson failed me. My mental health should always be taken serious. Some weeks later, I talk to Dr Murray and she told MHS can't diagnose you or prescribe you medicine. They only suppose to help you deal with stress, anger, anxiety and coping skills. She told me not to pay attention to her. She clearly violated my HIPPA and CCJ rules, that medical is consider private and protected. On grievance # 2018 0491 the response said they will provide training and re educated her. This is her profession. She know how to conduct herself. 3 These are the dates and shift nurses forgot to bring my psych meds. In 2017, on 9.12, 9.29, 9.30, 12.2, 12.6 and 12.11. In 2018, on 2.27, 2.28, 2.29, 2.30, 4.9, 5.15, 6.4, 6.15, 6.16, 7.2, 7.15, 7.23, 7.28, 7.29, 8.14, 8.15, 8.21 and 8.22. That 24 times I didn't receive my psych meds. That ridiculous and unacceptable. These nurses never came back with my meds, nor did they care. I wrote grievances and they admitted to not having my meds and they sent my complaint to nursery management. 4 On 9.4.18, ofc Lyons sent me to dispensary for psych eval. ofc Bryant at dispensary told me that MHS are on lunch break and that ofc Lyons must fill out a interagency form (psych form for inmates to see MHS) I told ofc Lyons that, he did that and told next shift ofc that I will be seeing psych today. I never did. 5 days later, I told ofc Lyons that I still haven't seen MHS. He was livid because he fillout the form and that I didn't see nobody. mental health and security failed. 5 On 9.30.17, ofc Hughes took me to dispensary because I haven't been receiving my psych meds (2 days). He told the nurse that (Diva Black nurse with braids or dreads) and she stated ", Are you his counselor and since you care so much, why don't you go to walgreens and get him his meds". ofc Hughes made a incident report and I wrote a grievance. ofc Hughes is security, he was more concern than the nurse. 6 The dental dept at CCJ is terrible. It took me almost a year to see a dentist when I was in pain. grievance # 2017X16563 and 2017_5197 I been reschevled more than 4 times. This is unacceptable. Also was denied root canal. Cermak stated on grievance that they do not do root canals. They only want to pull your teeth. On 9.24, I got my tooth pull. The dentist never gave me no pain meds. My jaw hurt on the right side. I couldn't eat. It took me 2 weeks to see the dentist. It took me a year to get my teeth clean. The Dentist order me mouthwash for my gingivitis. I went weeks numerous times without mouthwash. 7 It took me over a year to see eye doctor. You have to see optometrist 1st, than you see ophthalmologist, which is a long process. It took me close to a year to get glasses, from 4.10.17 past 2.13.18. My eyes got worst because the 2 cermak eye doctors didn't detect that I had glaucoma nor did I ever get any type of eye drops. Shawnee eye doctor diagnose me with glaucoma. My right eye blind and left eye visually impaired. cermak is liable for me losing my vision. 8 cermak physician are also wrote grievances about me losing vision. grievance

5                                                                                                                                Revised 9/2007

unreliable. It took me 7 months to see doctor. grievance # 2017X16791, they admitted. Also for my hand and breathing issues. 9 Cermak staff such as MHS and nurses are rude and unprofessional. I had nurses refuse

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

me treatment and meds. I had nurse give wrong meds and forget my psych meds on medline numerous times. I wrote grievance on these matters. I had my HIPPA violated by nurses and MHS. I was refuse psych

IV Statement of Claim add 3

groups by MHS. There numerous times I needed to talk to MHS, they either wasn't available or lack professionalism. I had nurses and MHS refuse me to see a doctor. [10] Regarding medication, I went weeks without both inhalers and Naproxen. Grievance # 201704331, they agree with me. Since I was getting psych meds, they started to give my pain med at medline. That didn't make no sense. Cermak didn't care about my pain endured. Numerous times, I was in pain late night or early morning. On grievance # 201804698, they said due to my level of care, I can't have pain meds in my cell. My health didn't matter to Cermak superior. It shouldn't matter that I'm on psych meds, so they figure since I take psych meds at medline, I could just get my pain meds than, not caring about the pain I'm in outside of medline. [11] Cermak refuse to tell me the side effects and ingredients to the meds I'm taking. Grievance # 201803509, Cermak told me to ask nurse or doctor. I did and they refuse or didn't know. [12] Executive Staff of Cermak for answering all medical grievances and allowing Cermak staff to do anything they want without any consequences. They are put in a position to change or approve certain things. They allowed me and other inmates HIPPA to be violated. We're detainees with rights. On grievances, they admitted to their staff wrong doing and still allow things to happen. [13] Cermak supervisor, Carol Boyd, for allowing her staff to do what they want to do without consequences. On 4-19-19 I wrote a letter to her (and notarize it) regarding her staff and medication and me needing to talk to her. I also wrote 2 grievance to her, grievances # 201805033 and 201806131, she has the power to change or approve certain things. [14] Cermak Directors, they control Cermak and make everyday decision. They are supposed to run Cermak like a hospital. They need to enforce better treatment and professionalism for inmates by Cermak staff. [15] Physical Therapist (Therapist) at Cermak, the inmates need more time. We only receive 10 mins, which inadequate medical treatment. PT denied my ace bandage and shackle permit. My shoulder from falling off top bed. I couldn't lift my shoulder over my head. I need shackle permit or forward cuff. Ace bandage for my hand, I have nerve and tendent damage. [16] Lt Sturdivant for allowing security to refuse me dental treatment numerous times. On 3·9·18, grievance # 201803426 and 201803352, Lt response said I refuse my dental appt. She lied. Show me the refusal paper that is documented on those days. Lt said that security don't go to MHTC Building. She lied again. [17] Superintedent over security in Cermak, Erica Queen allowed security to keep me handcuff to the back and shackle for 3 hours. I told Cermak ofc's that I had to used the washroom. The ofc told me that he gone get my ofc, but he never did, he sat down. I ask another ofc and he ignore me. I ended up shitting and urinating on myself. I felt humiliated and ashame. After I soak in my own feces/urine and it started to smell, than Cermak ofc uncuff me and let me go to the washroom.

IV. Statement of Claim   add 4

Thomas J. Dart is over CCJ/operation and cermak directors/supervisors are over the medical aspect at CCJ. He is responsible because cermak is inside CCJ. At any time he can get another agency to subcontract to CCJ. He has the ultimate power, even medical because he can switch medical directors and supervisor or agency if he feel like there not doing their job. All cermak directors, supervisors and executive staff continue to keep me and other detainees uncertain about their medical judgement and commitment toward inmates. Cermak staff is unreliable, unprofessional and do not care about the health and safety of inmates. My claim is medical deliberate indifference, cruel and unusual punish, mental anguish and condition of confinement.

My claim and facts to what happen to me

1) MHS Williams and Johnson both violated my HIPPA and CCJ own rules. Both MHS didn't care about my mental stability

2) 24 times, I didn't receive psych med. Numerous time I didn't receive pain med / Both inhalers.

3) I was handcuff to the back and shackle for 3 hours. I was force to shit and urinate on myself due to ofc not caring about me. I felt ashame and humiliated

4) It took me almost a year to see dentist. Didn't receive pain meds when I had my tooth pull. My jaw hurted, I couldn't eat. Almost a year to get my teeth clean

5) It took me over a year to see eye doctor and to get some glasses. Neither eye doctor detect that I have glaucoma nor did I receive any type of eye drops. Now I'm legally blind. R eye blind L eye visually impaired

6) Had nurses refuse me medical treatment and medication. Had nurses violate my HIPPA

7) Cermak staff refuse to tell me side effect and ingredients to my medicine

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To award me compensatory damages in the amount of 50 millions for my mental/physical injuries suffered suffered during my stay at CCJ including but not limited to pain and suffering I endured, emotional distress, mental Anguish, mental abuse/torture. Award me punitive damages in the amount of 50 million dollars for the level of medical negligence, deliberate indifference, cruel and unusual punishment, inhumane treatment, HIPPA violations and conditions suffered through disregard for my civil rights and malicious action taken upon me.

VI. The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1__ day of __17__, 20 __20__

__Ernest Brown__
(Signature of plaintiff or plaintiffs)

__Ernest Brown__
(Print name)

__M15079__
(I.D. Number)

__5835 State Route 154__
__Pinckneyville, CC__
__Pinckneyville, IL__
(Address)



Case 1:20-cv-00651
Judge John Z. Lee
Magistrate Judge Susan E. Cox
PC 9

Prisoner Correspondence
U.S. District Court of IL #F1
219 S. Dearborn street 20
Chicago, IL 60604

2020 JAN 28 AM 8:30

Ernest Brown
Henry Sober living
8032 S Ingleside
Chicago, IL 60619



01/28/2020-52